# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                   4:07MJ05017 JTR

JERMAINE DIAZ

## ORDER

The Government has filed a Motion requesting dismissal of its Unlawful Flight to Avoid Prosecution ("UFAP") Complaint. (Docket entry #3.) According to the Government, Defendant has been arrested and is awaiting extradition to Arkansas for prosecution of state charges. For good cause shown, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #3) is GRANTED.

Dated this 14th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE